# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| ILEAN STAPLETON, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | **CIVIL ACTION NO.  4:18-CV-180** |
| RUIZ FOOD PRODUCTS, INC., § | **JUDGE MAZZANT/JUDGE JOHNSON** |
| § | |
| Defendant. § | |
| § | |
| § | |

## ORDER OF DISMISSAL

Before the Court is Plaintiff Ilean Stapleton and Defendant Ruiz Food Products, Inc.'s Stipulation of Dismissal with Prejudice (the "Stipulation") (Dkt. #23). In the Stipulation, the parties agree and stipulate to the dismissal of this case with prejudice, with each party bearing its own costs. *See* Dkt. #23.

Federal Rule of Civil Procedure 41(a)(1) provides that a plaintiff may voluntarily dismiss an action without court order in one of two ways: (1) a plaintiff may dismiss an action under Rule 41(a)(1)(A)(i) by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1); or (2) a plaintiff may dismiss an action under Rule 41(a)(1)(A)(ii) by filing "a stipulation of dismissal signed by all parties who have appeared." *Id*. As such, formal court action is not necessary in this case. However, the Court finds that in the interest of efficiency, justice, and maintaining the clarity of the record, an entry of order of dismissal is appropriate.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that this entire action, and all of the claims asserted therein, be **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs.

All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

SIGNED this 3rd day of October, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE